# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ANDERSON DIVISION

| | | |
|---|---|---|
| Trehel Corporation, | ) | Case No.: 8:21-cv-01962-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| | ) | |
| National Fire and Marine Insurance Company, First Specialty Insurance Corp., Frankenmuth Mutual Insurance Company, Employers Insurance Company of Wausau, Liberty Mutual Fire Insurance Company, Navigators Specialty Insurance Company, Peleus Insurance Company, Nationwide Mutual Fire Insurance Company, Atain Specialty Insurance Company f/k/a USF Insurance, Selective Insurance Company of South Carolina,  American Guarantee and Liability Insurance Company, Carl Catoe Construction, Inc., Environmental Materials, LLC d/b/a Environmental Stoneworks, P&L Enterprises, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The undersigned counsel for the Plaintiff hereby notifies the court that the above action has settled, and requests the issuance of a *Rubin* order subject to Fed. R. Civ. P. 60(b)(6) and *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

**SIGNATURE BLOCK ON NEXT PAGE**

Respectfully Submitted,

s/Mason A. Goldsmith, Jr.
Mason A. Goldsmith, Jr. (Fed. ID # 7029)
Bryan P. Kelley (Fed. ID # 10493)
Elmore Goldsmith Kelley & deHoll, PA
55 Beattie Place, Suite 1050 (29601)
Post Office Box 1887
Greenville, South Carolina 29602
Telephone: (864) 255-9500
Email: agoldsmith@elmoregoldsmith.com
      bkelley@elmoregoldsmith.com
*Counsel for Trehel Corporation*

August 24, 2022
Greenville, South Carolina